IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **Mariano Santos Garcia Tumax**<br>*Petitioner,*<br><br>v.<br><br>**Ham Mooney, Warde, Limestone County Detention Center, et al.,**<br>*Respondents.* | § § § § § § § § § § | NO. 6:26-CV-00053-ADA-DNM |

**ORDER**

Before the Court is Petitioner's Petition for Writ of Habeus Corpus. Dkt. 1. After carefully considering the parties' arguments and the relevant law, the Court **ORDERS** that:

(1) Respondents must immediately release Petitioner from custody under conditions no more restrictive than those in place prior to the detention at issue in this case; (2) Respondents must notify Petitioner's counsel by email (matt@mendezlawoffice.com) of the exact location and time of Petitioner's release as soon as is practicable, and no less than two hours before release; (3) Respondents are enjoined from detaining Petitioner under 8 U.S.C. § 1225; and (4) Respondents must provide a status report by February 9, 2026, detailing their compliance with the Court's order.

**IT IS SO ORDERED.**

**SIGNED** on February 6, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE