UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Mariano Santos Garcia Tumax,

*Petitioner*,

v.

Ham Mooney, *Warden, Limestone County Detention Center*,

*Respondents*.

No. 6:26-CV-53-CRW-DNM

**ORDER DISMISSING HABEAS PETITION**

On February 9, 2026, Respondents advised the Court that Petitioner had been released from custody. Dkt. No. 5. Thus, the petition for writ of habeas corpus is now moot.

It is therefore ordered that Guilarte Salvia's petition (Dkt. No. 1) is **DISMISSED AS MOOT.**

So ordered on November 16, 2026.

Chris Wolfe

CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE